mark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Michael Sumner Forman, Scott Weidenfeller.

LOURIE, WALLACH, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Morgan Goodspeed, Hogan Lovells U.S. LLP, Washington, DC, argued for defendants-appellees. Also represented by Jessica Lynn Ellsworth.

REYNA, BRYSON, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Joseph J. BERRY, Plaintiff–Appellant**

v.

**FORD MOTOR COMPANY, Ford Global Technologies, LLC, Defendants–Appellees.**

No. 2015–1699.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Douglas Sprinkle, Dinsmore & Shohl LLP, Troy, MI, argued for plaintiff-appellant.

**CLEAR WITH COMPUTERS LLC, Plaintiff–Appellant**

v.

**ALTEC INDUSTRIES INC., Bad Boy Mowers Inc., Bad Boy Inc., The Men's Wearhouse, Inc., Volvo Construction Equipment North America LLC, Defendants–Appellees.**

Nos. 2015–1525, 2015–1526, 2015–1527, 2015–1528.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2016.